UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                            Case No. 1:16-cr-36-06

v.

                                            HONORABLE PAUL L. MALONEY

EDGAR RIVERA-CARRERA,

        Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

        The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ray Kent in this action (ECF No. 171).  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

        THEREFORE, IT IS ORDERED that:

        1.        The Report and Recommendation of the Magistrate Judge is approved and adopted as the opinion of the Court.

        2.        Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charges set forth in Count One of the Second Superseding Indictment.

        3.        The written plea agreement is hereby continued under advisement pending sentencing.

Date:  September 19, 2016                               /s/ Paul L. Maloney        
                                                               Paul L. Maloney
                                                               United States District Judge